**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTRAL COAST PIPE LINING, INC., | Case No. 2:13-cv-639-ODW(Ex) |
| Plaintiff,<br>v.<br><br>PIPE SHIELD USA, INC.; PIPE SHIELD SERVICES, LTD.; B.G. ARNOLD SERVICES T/A BRADLEY MECHANICAL SERVICES; ELASTOCHEM COMPANY SPECIALTY, INC.; DOES 1–100, inclusive,<br><br>Defendants. | **ORDER DENYING STIPULATION TO CONTINUE DEADLINE TO CONDUCT DEPOSITIONS [30]** |

On October 9, 2013, the parties filed a stipulation to continue the discovery cutoff from November 4, 2013, to December 4, 2013, and the last day to conduct the mandatory settlement conference from December 9, 2013, to December 24, 2013. (ECF No. 30.)  Plaintiff Central Coast Pipe Lining, Inc. desires to depose B.G. Arnold Services T/A Bradley Mechanical Services's president Bradley Arnold and third-party witnesses Sam and Brenda DiLoreto.  These individuals all reside in Canada.

When a district court sets a deadline, a party must present "good cause" for modifying the schedule. Fed. R. Civ. P. 16(b)(4).  The Ninth Circuit has held that this standard "primarily considers the diligence of the party seeking the extension." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (internal quotation marks omitted).

1    The Court issued the Scheduling and Case Management Order in this case on

2  July 2, 2013.  The Order provided the parties with some five months of discovery.

3  Yet now Central Coast Pipe Lining indicates that it never arranged the deposition of

4  Bradley Mechanical Services's President—easily one of the most important

5  individuals in this case.  The Court understands that Arnold and the DiLoretos are

6  located in Canada.  But Central Coast Pipe Lining has not demonstrated that it is

7  necessary to take more than five months to venture to Canada to conduct these

8  depositions.

9    The Court finds that Central Coast Pipe Lining has not demonstrated good

10  cause for altering the Scheduling and Case Management Order.  The Court therefore

11  **DENIES** the parties' stipulation.  (ECF No. 30.)  The schedule shall remain

12  unchanged.

13    **IT IS SO ORDERED.**

14

15    October 10, 2013

16

17    _____

18    **OTIS D. WRIGHT, II**
      **UNITED STATES DISTRICT JUDGE**

19

20

21

22

23

24

25

26

27

28